"(1) There is no evidence to sustain the holdings, or either of the holdings, contained and set forth in said decree.

"(2) There is not sufficient evidence to sustain the holdings, or either of the holdings, contained and set forth in the said decree."

No substantial questions of law are involved. Admittedly the burden was on the trustee satisfactorily to establish fraudulent intent, but such burden he sustained by an overwhelming weight of evidence. This view we should feel bound to take, were we trying the issue de novo; a fortiori we should not disturb the findings of the trial judge, who heard the witnesses testify.

Decree affirmed, with costs to appellee.

---

**1**

**PAN-AMERICAN PETROLEUM & TRANSPORT COMPANY, Libelant-Appellee, v. UNITED STATES, as Owner of the Steamship Eastern Knight, Respondent-Appellant.**

**UNITED STATES, Libelant-Appellant, v. Steamship S. M. SPALDING; Pan-American Petroleum & Transport Company, Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit. April 4, 1927.

No. 255.

Appeal from the District Court of the United States for the Southern District of New York.

Emory R. Buckner, U. S. Atty., of New York City (Charles E. Wythe, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark, of New York City, of counsel), for appellee S. S. Spalding.

Before MANTON and MACK, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Decree affirmed, with costs.

---

**2**

**PENNSYLVANIA RAILROAD COMPANY, Plaintiff in Error, v. Edsall J. HAMMOND, Defendant in Error.**

Circuit Court of Appeals, Second Circuit. April 4, 1927.

No. 233.

In Error to the District Court of the United States for the Western District of New York.

Alexander S. Diven, of Elmira, N. Y., for plaintiff in error.

Mortimer L. Sullivan, of Elmira, N. Y., for defendant in error.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment (15 F.[2d] 66) affirmed, with costs.

---

**3**

**POOL SHIPPING COMPANY, Limited, Libelant-Appellee, v. UNITED STATES, Respondent-Appellant.**

**UNITED STATES, Libelant-Appellant, v. Steamship CLEARPOOL and Pool Shipping Company, Limited, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit. April 18, 1927.

No. 285.

Appeal from the District Court of the United States for the Southern District of New York.

Emory R. Buckner, U. S. Atty., of New York City (Horace M. Gray, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Burlingham, Veeder, Masten & Fearey, of New York City (Charles C. Burlingham and P. F. Shortridge, both of New York City, of counsel), for appellee.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

**4**

**John M. RIEHLE, as Receiver, etc., Plaintiff-Appellee, v. CALIFORNIA BANK et al., Defendants-Appellants.**

Circuit Court of Appeals, Second Circuit. March 24, 1927.

No. 266.

Appeal from the District Court of the United States for the Southern District of New York.

M. Ferry, of New York City, for appellant.

Before MANTON and MACK, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Appeal dismissed in open court.